# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kruse, Brian S. | U.S. Bankruptcy Court, District of Nebraska | 08/25/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Thomas V. Denny Federal Building
100 Centennial Mall North, Room 463
Lincoln, NE 68508

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Of-Counsel Attorney | Rembolt Ludtke LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/2020 | Rembolt Ludtke LLP, agreement for payment of interest in former law firm |
| 2. | 01/01/2020 | Rembolt Ludtke LLP, agreement for payment as Of-Counsel attorney |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Rembolt Lutdke LLP law firm of counsel income | $123,226.00 |
| 2. 2020 | Rembolt Ludtke LLP law firm buyout income | $24,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fidelity - Cash Account | A | Interest | J | T | | | | | |
| 2. Pinnacle Bank - Cash Account | A | Interest | J | T | | | | | |
| 3. Fidelity Brokerage Account (H) | | | | | | | | | |
| 4. -- Fidelity 500 Index Fund (FXAIX) | A | Dividend | | | | | | | |
| 5. -- Cash | A | Interest | K | T | | | | | |
| 6. Fidelity Traditional IRA: Rollover of 401K Funds (H) | | | | | | | | | |
| 7. -- Cash | A | Interest | O | T | | | | | |
| 8. Rembolt Ludtke LLP 401(k) Fidelity (H) | | None | | | | | | | |
| 9. -- Alger Spectra Fund Class Z ASPZX | | None | | | Sold | 01/02/20 | K | C | |
| 10. -- Alger Spectra Fund Class Y ASPYX | | None | | | Buy | 01/02/20 | K | | |
| 11. | | | | | Sold | 05/04/20 | K | | |
| 12. -- American Funds EuroPacific Growth Fund Class R-6 RERGX | | None | | | Sold | 05/04/20 | K | | |
| 13. -- BlackRock Equity Dividend Fund K Shares MKDVX | A | Dividend | | | Sold (part) | 05/04/20 | J | | |
| 14. | | | | | Sold | 05/06/20 | K | | |
| 15. -- Federated Total Return Gov't Bond Fund | A | Dividend | | | Buy (add'l) | 05/04/20 | K | | |
| 16. | | | | | Sold | 05/06/20 | L | B | |
| 17. -- Fidelity 500 Index Fund FXAIX | A | Dividend | | | Sold | 05/04/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Fidelity Contrafund K6 FLCNX | A | Dividend | | | Buy (add'l) | 05/04/20 | K | | |
| 19. | | | | | Sold | 05/06/20 | L | D | |
| 20. -- Fidelity International Index Fund FSPSX | | None | | | Buy (add'l) | 05/04/20 | K | | |
| 21. | | | | | Sold | 05/06/20 | L | | |
| 22. -- Fidelity U.S. Bond Index Fund FXNAX | A | Dividend | | | Buy (add'l) | 05/04/20 | K | | |
| 23. | | | | | Sold | 05/06/20 | L | B | |
| 24. -- Invesco Oppenheimer Developing Markets Fund Class R6 ODVIX | | None | | | Sold | 05/04/20 | K | | |
| 25. -- Ivy Mid Cap Growth Fund Class N IGRFX | | None | | | Sold (part) | 05/04/20 | J | A | |
| 26. | | | | | Sold | 05/06/20 | L | D | |
| 27. -- John Hancock Funds Disciplined Value Mid Cap Class R6 JVMRX | | None | | | Buy (add'l) | 05/04/20 | J | | |
| 28. | | | | | Sold | 05/06/20 | K | | |
| 29. -- PIMCO Investment Grade Corp. Bond Fund Institutional Class PIGIX | B | Dividend | | | Buy (add'l) | 05/04/20 | K | | |
| 30. | | | | | Sold | 05/06/20 | M | A | |
| 31. -- T. Rowe Price Small-Cap Value Fund I Class PRVIX | | None | | | Buy (add'l) | 05/04/20 | J | | |
| 32. | | | | | Sold | 05/06/20 | K | | |
| 33. -- Vanguard Federal Money Market Fund Investor Shares VMFXX | A | Dividend | | | Buy (add'l) | 05/04/20 | K | | |
| 34. | | | | | Sold | 05/06/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Roth IRA #1 (H) | | | | | | | | | |
| 36. -- Apple Inc. (AAPL) | A | Dividend | | | Sold | 04/07/20 | J | D | |
| 37. -- DocuSign, Inc. (DOCU) | | None | | | Sold | 04/07/20 | J | C | |
| 38. -- Mastercard Incorporated (MA) | A | Dividend | | | Sold | 04/07/20 | J | C | |
| 39. -- NVIDIA Corp (NVDA) | A | Dividend | | | Sold | 04/07/20 | J | | |
| 40. -- Paycom Software Inc. (PAYC) | | None | | | Sold | 04/07/20 | J | C | |
| 41. -- Stitch Fix Inc. (SFIX) | | None | | | Sold | 01/29/20 | J | | |
| 42. -- Fidelity Government Cash Reserves (FDRXX) | A | Interest | L | T | | | | | |
| 43. Fidelity Roth IRA #2 (H) | | | | | | | | | |
| 44. -- Berkshire Hathaway Inc. B Shares (BRK B) | | None | | | Sold | 04/08/20 | K | D | |
| 45. -- Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 46. -- Disney (DIS) | A | Dividend | J | T | | | | | |
| 47. -- Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 48. -- UnitedHealth Group (UNH) | A | Dividend | J | T | | | | | |
| 49. -- Vanguard Index 500 (VFINX) | A | Dividend | K | T | | | | | |
| 50. -- Fidelity Government Cash Reserves (FDRXX) | A | Interest | K | T | | | | | |
| 51. Fidelity HSA (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -- Cash | A | Interest | L | T | | | | | |
| 53.   Nebraska NEST 529 Plan (H) | | | | | | | | | |
| 54.   -- DFA US Small Cap Value 529D | | None | J | T | Buy | 12/04/20 | J | | |
| 55.   -- State Street S&P 500 Index | | None | J | T | | | | | |
| 56.   -- Vanguard Total Stock Market Index | | None | J | T | | | | | |
| 57.   -- Vanguard Equity Income | | None | J | T | | | | | |
| 58.   -- T. Rowe Price Large Cap Growth | | None | J | T | | | | | |
| 59.   -- Tributary Small Company | | None | | | Sold | 12/04/20 | J | B | |
| 60.   -- Vanguard REIT Index | | None | J | T | | | | | |
| 61.   Fidelity Brokerage #2 (H) | | | | | | | | | |
| 62.   -- Fidelity 500 Index Fund (FXAIX) | A | Dividend | J | T | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Positions

1. I was a member of the panel of Chapter 7 bankruptcy trustees for Nebraska during 2020. I acted in this capacity as a lawyer at Rembolt Ludtke LLP. All Chapter 7 trustee fees were paid to the law firm. I was paid by the firm not directly from any of the bankruptcy estates.

2. I was the President and Secretary for Ben Sasse for U.S. Senate, Inc. I resigned in September 2019. The entity did not file the change with the Nebraska Secretary of State records until 2020.

Part III-A Non-Investment Income

I was appointed to the bench on March 17, 2020. The Non-Investment Income from Rembolt Ludtke LLP on this report differs from the initial report. I was paid regarding a contingent fee case. The income was earned under my Of-Counsel Agreement, but I was not paid until after I was appointed and after I filed the report.

Part VII - Investments and Trusts

1. Fidelity 500 Index Fund previously reported as held in the Fidelity Brokerage Account (Line 4) was transferred to different account (Line 62). The transaction not listed as it is exempt.

2. I rolled the Rembolt Ludtke LLP 401(K) (Line 8) into a qualified Fidelity IRA (Line 6) in May 2020. All 401(K) assets were liquidated during the roll over.

3. Two accounts listed on my initial report are omitted because they were closed in 2019. They were listed on the initial report because its reporting period included 2019. The accounts are TD Ameritrade HSA; and HSA Bank.

4. Some securities listed on my initial report are omitted because they were sold in 2019. They were listed on the initial report because its reporting period included 2019. The securities are Baron Small Cap Fund (BSCUX); Carlyle Group, LP (CG); Alphabet, Inc. (GOOG); CME Group, Inc. (CME); Markel Corporation (MKL); and The Trade Desk, Inc. (TTD).

Amendment

This amended report modifies Part VII. The original report left column B(2) blank when there was no reportable income. The amended report indicates "None" for those investments. The amendment was filed preemptively after I received a notice regarding my initial report, which also omitted "None" for investments with no reportable income.

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian S. Kruse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544